O'CONNOR took no part in the consideration or decision of this petition.

No. 87–7052.    FLEMING v. ZANT, WARDEN, *ante*, p. 1028;

No. 88–1235.    BOINEAU v. UNITED STATES ET AL., 489 U. S. 1055;

No. 88–1407.    DOLENZ v. STUART YACHT BUILDERS, INC., *ante*, p. 1021;

No. 88–1509.    PATTON v. UNITED STATES RAILROAD RETIREMENT BOARD, *ante*, p. 1022;

No. 88–6675.    WOODWARD v. MISSISSIPPI, *ante*, p. 1028;

No. 88–6848.    LAWS v. ARMONTROUT, WARDEN, *ante*, p. 1040; and

No. 88–6888.    SANDERS v. UNITED STATES ET AL., *ante*, p. 1072.    Petitions for rehearing denied.

No. 88–6599.    MASON v. PARKE, WARDEN, *ante*, p. 1009.    Motion for leave to file petition for rehearing denied.